IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGN FACILITIES ASSOCIATES GP,
c/o
ALAN APT, PTN.
414 W. Main Street
Lansdale, PA 19446

CIVIL ACTION NO.:

v.

JURY TRIAL
DEMANDED

ASSURANT, INC., t/a, d/b/a AMERICAN
BANKERS INS. CO. OF FLORIDA
Flood Insurance Processing Center
P.O. Box 105290
Atlanta, GA  30348
   and/or
Flood Service Center
P.O. Box 8695
Kalispell, MT  59904-8695
   and/or
11222 Quail Roost Drive
Miami, FL  33157-6596

## COMPLAINT IN CIVIL ACTION

Plaintiff hereby complains against Defendant as follows:

### PARTIES

1.      Plaintiff is Design Facilities Associates, GP ("Plaintiff" or "Design Facilities"), a Pennsylvania general partnership, of which Alan Apt is the managing General Partner, an adult individual, and the authorized partner to act on behalf of Plaintiff. The Plaintiff partnership is a resident of and conducts business at 414 West Main Street, Lansdale, Montgomery County, Pennsylvania and Plaintiff is the owner of the property which is the subject to this claim located at 99 Bridge Street, Phoenixville, Chester County, Pennsylvania.

2.      Defendant, Assurant, Inc., trading as and doing business as American Bankers Insurance Company of Florida ("Defendant"), is an insurance company based in New York, New

York with a home office in Miami, Florida as noted in the caption above and Defendant offers flood insurance to property owners in the Commonwealth of Pennsylvania pursuant to the National Flood Insurance Act of 1968, 42 U.S.C. §§ 4001, *et seq.*

## JURISDICTION AND VENUE

3. Jurisdiction of this Court is based on 42 U.S.C. § 4072 (creating exclusive federal jurisdiction for claims under the National Flood Insurance Program) and/or 28 U.S.C. § 1331 (federal question jurisdiction). Venue is premised in this jurisdiction under 28 U.S.C. § 1391 as this is the jurisdiction wherein the incident or events giving rise to this cause of action occurred, and/or where the property that is the subject of this action is situated.

## BACKGROUND

4. Plaintiff and Defendant entered into a contract of insurance whereby, in exchange for good and valuable consideration, Defendant issued to Plaintiff a flood insurance policy, underwritten in whole or part by the National Flood Insurance Program, insuring Plaintiff's real and personal property at 99 Bridge Street, Phoenixville, Chester County, Pennsylvania (the "Property") and a true and correct copy of the policy declaration sheet is attached hereto and marked as Exhibit A.

5. On or about September 2, 2021, while the policy was in full force and effect, Plaintiff's Property sustained accidental direct physical loss and damage caused by flood, a covered peril under the flood insurance policy.

6. As a result of the flood, Plaintiff's structure, systems serving the structure and personal property sustained extensive damage for which Plaintiff submitted proofs of loss in accordance with the policy and proof of loss filing extensions.

7. Plaintiff complied with all conditions precedent to recovery, including without limitation, providing prompt notice of loss, exhibiting damaged property as often as reasonably requested, submitting estimates of loss and proofs of loss, and in other ways to be revealed during discovery, and, despite demand, Defendant has wrongfully refused to indemnify Plaintiff for flood damage pursuant to the insurance policy, the National Flood Insurance Program and Plaintiff's reasonable expectations thereby breaching the policy.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant for damages in the amount of $500,000.00 plus interest and costs.

Respectfully submitted,

By: _____
Stephen M. Hladik, Esquire
Eric J. Philips, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Direct Dial: 267-662-9022
Email: shladik@hoflawgroup.com

And

Roger J. Harrington, Esquire
Harrington & Caldwell, P.C.
298 Wissahickon Avenue
North Wales, PA 19454
215-751-1135

*Attorneys for Plaintiff*

Date: February 27, 2023